Brooks L. Iler, S.B.# 99020
brooks@ilerlaw.com
Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Drive, Suite 281
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, ZAHRA S. POUSTCHI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHRA S. POUSTCHI, | CASE NO. '23 CV 1746 RBM BGS |
| Plaintiff, | **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** |
| vs. | |
| | 29 U.S. Code Section 1132(a)(1)(B) |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff ZAHRA S. POUSTCHI alleges as follows:

1.     At all times relevant herein, Plaintiff, ZAHRA S. POUSTCHI, was an individual residing in San Diego County, California.

2.     On or about November 2, 2007, plaintiff became employed by Wells Fargo & Company as a Home Mortgage Associate.

3.     Wells Fargo & Company sponsored a group disability insurance plan

**1**
**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**

(the Plan), which was administered and underwritten by defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter called "LINCOLN").

4.    Defendant LINCOLN is a corporation licensed to sell insurance and doing business as an insurer in the State of California, with a principal place of business in the State of Indiana.

5.    The employer-sponsored group life insurance and disability plan and the claim at issue in this action are governed by the ***Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.***

6.    On or about June 6, 2022, plaintiff became disabled within the definition of the benefit plan, and soon thereafter, and in a timely fashion, she made a claim for benefits under said Plan.

7.    Plaintiff's claim for disability benefits and life insurance premium waiver was denied March 21, 2023. Plaintiff remains disabled as defined by the plan to this date and continues to be eligible for long term disability and waiver of life insurance premium benefits under the plan.

8.    Plaintiff made a timely administrative appeal of the denial of disability benefits. The administrative appeal was denied in a letter dated July 14, 2023, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1.    Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of his life insurance premiums under the Plan;

2.    For past-due benefits in the amount of approximately $6,322 per month through the date of filing, and additional benefits accumulating at the same monthly rate, less applicable offsets;

3.    For interest on past due benefits;

4.    For reasonable attorney's fees;

2
**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**

1

2      5.    For costs of suit herein;

3      6.    For such other relief as the court deems proper.

4

5

6    Dated: 9/21/23          ILER & ILER, LLP

7

8                           By:    *s/ Brooks L. Iler*

9                                  Brooks L. Iler
                                   Attorneys for Plaintiff,
10                                 ZAHRA S. POUSTCHI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28