```
1   Brooks L. Iler, SBN 99020
    brooks@ilerlaw.com
2   Virgil A. Iler, SBN 158460
    virgil@ilerlaw.com
3   ILER & ILER, LLP
    16466 Bernardo Center Drive, Suite 281
4   San Diego, CA 92128
    Tel: 858-592-6212; Fax: 858-592-6213
5
6   Attorneys for Plaintiff ZAHRA S. POUSTCHI.

7   Jenny H. Wang, SBN 191643
    jenny.wang@ogletree.com
8   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    695 Town Center Drive
9   Park Tower, Fifteenth Floor
    Costa Mesa, CA 92626
10  Tel: 714-800-7900; Fax: 714-754-1298

11  Byrne J. Decker, SBN 337052
    byrne.decker@ogletree.com
12  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    Two Monument Square, Suite 703
13  Portland, ME 04101
    Tel: 207-387-2957: Fax: 207-387-2986
14
15  Attorneys for Defendant
    THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
16
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHRA S. POUSTCHI<br><br>            Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL<br>LIFE INSURANCE COMPANY<br><br>            Defendant. | Case No. 3:23-cv-01746-RBM-BGS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>The Honorable Jinsook Ohta |

---

JOINT NOTICE OF SETTLEMENT

The parties hereto, Plaintiff ZAHRA S. POUSTCHI, and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their respective counsel of record, hereby advise the court that this case has settled in its entirety.

The parties request forty-five (45) days to finalize the settlement documents and file a joint motion for dismissal with prejudice of the entire action with the Court. The parties also respectfully request that all current court dates and deadlines be vacated.

DATED: 11/29/23                    ILER & ILER, LLP


                                   By: /s/ Brooks L. Iler
                                       BROOKS L. ILER
                                       VIRGIL A. ILER
                                       Attorneys for Plaintiff
                                       Zahra S. Poustchi.


DATED: 11/29/23                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                   By: /s/ Byrne J. Decker
                                       BYRNE J. DECKER
                                       Attorneys for Defendant
                                       The Lincoln National Life Insurance Company


## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Byrne J. Decker, counsel for Defendant The Lincoln National Life

Insurance Company, and that I have obtained Mr. Decker's authorization to affix his electronic signature to this document.

> By: *s/Brooks L. Iler*
> Brooks L. Iler
> Attorney for Plaintiff
> Zahra S. Poustchi

**JOINT NOTICE OF SETTLEMENT**