1  Byrne J. Decker CA Bar No. 337052
   byrne.decker@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  Two Monument Square, Suite 703
   Portland, ME 04101
4  Telephone: 207-387-2957
   Facsimile: 207-387-2986
5
   Jenny H. Wang CA Bar No. 191643
6  jenny.wang@ogletree.com
   OGLETREE, DEAKINS, NASH,
7  SMOAK & STEWART, P.C.
   Park Tower, Fifteenth Floor
8  695 Town Center Drive
   Costa Mesa, CA 92626
9  Telephone: 714-800-7900
   Facsimile: 714-754-1298
10
11 Attorneys for Defendant
   The Lincoln National Life
12 Insurance Company

13                    **UNITED STATES DISTRICT COURT**

14                    **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16 ZAHRA S. POUSTCHI, | Case No. 3:23-cv-01746-RBM (BGSx) |
| 17          Plaintiff, | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| 18     v. | |
| 19 THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | Complaint Filed: September 21, 2023<br>Trial Date:     None Set<br>District Judge: Hon. Ruth Bermudez Montenegro |
| 20          Defendant. | |
| 21 | Magistrate Judge: Hon. Bernard G. Skomal |
| 22 | |

23

24      Plaintiff Zahra S. Poustchi and defendant The Lincoln National Life Insurance

25 Company, by and through their respective counsel of record whose signatures appear

26 below, respectfully request that the above-captioned action be dismissed in its

27 entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

28

| | | |
|---|---|---|
| 1 | DATED:  December 15, 2023 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By:  */s/ Byrne Decker* |
| 5 | | Byrne J. Decker |
| | | Jenny H. Wang |
| 6 | | Attorneys for Defendant |
| | | The Lincoln National Life |
| 7 | | Insurance Company |
| 8 | DATED:  December 15, 2023 | ILER & ILER, LLP |
| 9 | | |
| 10 | | |
| 11 | | By:  */s/ Virgil A. Iler* |
| | | Brooks L. Iler |
| 12 | | Virgil A. Iler |
| | | Attorneys for Plaintiff |
| 13 | | Zahra S. Poustchi |

**Filer's Attestation**:  Byrne Decker hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed

1
Case No. 3:23-cv-01746-RBM (BGSx)
JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**PROOF OF SERVICE**
*Zahra S. Poustchi v. The Lincoln National Life Insurance Company*
Case No. 3:23-cv-01746-RBM (BGSx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On December 15, 2023, I served the following document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail

1  notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal)**   I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)**   I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 15, 2023, at Sherman, Connecticut.

_____
Rose Ramsey

# SERVICE LIST

Brooks L. Iler, Esq.  
Virgil A. Iler, Esq.  
ILER & ILER, LLP  
16466 Bernardo Center Drive, Suite 281  
San Diego, CA 92128  
Telephone: (858) 592-6212  
Facsimile: (858) 592-6213  
brooks@ilerlaw.com  
virgil@ilerlaw.com

Attorneys for Plaintiff  
Zahra S. Poustchi